**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

PHILLIP QUINN,                                          : No. 31 EM 2023
                                                       :
                            Petitioner                 :
                                                       :
                                                       :
                v.                                     :
                                                       :
                                                       :
COURT OF COMMON PLEAS OF                                :
PHILADELPHIA COUNTY,                                   :
                                                       :
                            Respondent                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.